UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY ALTON PARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL PASS, CASEY FRANKS, LESLEE BROOKS, PATRICK TROVILLIN, CALEB MEYER, KAREN WAGGONER, UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS HEALTH SERVICES DIVISION, MARION PRISON CAMP MEDICAL STAFF, S. HOLEM, and A. DEATON,<br><br>　　　　Defendants. | Case No. 18-cv-106-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 1, a claim against the defendant United States of America under the Federal Tort Claims Act; and

- All claims against the Federal Bureau of Prisons Health Services Division and Marion Prison Camp Medical Staff; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 2, an Eighth Amendment claim against defendants Randell Pass, Casey Franks, Leslee Brooks, Patrick Trovillin, Caleb Meyer, and Karen Waggoner for deliberate

indifference to medical needs; and

- All claims against defendants S. Holem and A. Deaton.

**DATED:** September 26, 2019

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**